**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| In The Matter Of: | In Bankruptcy: |
| JOEL F ELLIOTT | Case No. 08-69027-WSD |
| COLLEEN M ELLIOTT | Chapter 7 |
| | Hon. WALTER SHAPERO |
| Debtor(s) | |
| _____/ | |

## NOTICE OF UNDER $5.00 DIVIDEND

To the Clerk of the United States Bankruptcy Court:

The attached check in the amount of $0.23 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The names and addresses of the parties associated with these dividends are as follows:

| **Claimant** | **Amount of Dividend** |
|---|---|
| Joel Fred Elliott and Colleen Murphy Elliott | $0.23 |
| 17462 Brookview Drive | |
| Livonia, MI 48152 | |

                                                                    **Total: $0.23**

Respectfully Submitted,

/s/ Gene R. Kohut
21 Kercheval Avenue, Suite 285
Grosse Pointe Farms, MI 48236
Phone: (313) 886-9765
E-mail: ecftrustee@gktrustee.com
[P47413]

Dated: 02/16/2010